IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GUIDEONE SPECIALTY MUTUAL INSURANCE        PLAINTIFFS
COMPANY and GUIDEONE INSURANCE COMPANY

VS.                        CIVIL ACTION NO.: 3:09CV332-TSL-JCS

JUSTIN HEARN                          DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Justin Hearn, having failed to plead or otherwise defend himself in this action and default already having been entered against him, and upon motion of the Plaintiffs GuideOne Specialty Mutual Insurance Company and GuideOne Insurance Company ("GuideOne") for default judgment pursuant to Federal Rule of Civil Procedure 55(b), it is hereby

ORDERED, ADJUDGED, and DECREED that GuideOne is lawfully entitled to deny the claims of Justin Hearn under the two (2) personal automobile policies issued to named insured Jerome Hearn, specifically policy numbers 007888-475 and 084121-968.

                                /s/Tom S. Lee        9/28/09
                                UNITED STATES DISTRICT JUDGE